# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 09/21/24 |
| 2. Pay Date | 09/27/24 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| SCHINDLER KRISTI A | GS 07 06 | 29.83 | 44.75 | 48961.00   13293.00   62254.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| | 27.15 | N | 12/02/12 | 240 | 01/11/25 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | | | 0 | 0 | | FERS: 4202.93 | |
| MN | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 2386.40 | 46812.80 | TSP DATA | 3% |
| TAXABLE WAGES | 1880.38 | 37093.12 | | |
| NONTAXABLE WAGES | 434.43 | 8572.69 | | |
| TAX DEFERRED WAGES | 71.59 | 1146.99 | | |
| DEDUCTIONS | 1282.17 | 27908.73 | | |
| AEIC | | | | |
| NET PAY | 1104.23 | 18904.07 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2386.40 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (2) | 250.00 | 6990.00 | FEGLI | Y5 | 10.40 | 203.84 |
| FEGLI OPTNL | BC | 21.55 | 423.20 | FEHB | 113 | 238.63 | 4731.14 |
| FSA-HC | | 123.07 | 2461.40 | MEDICARE | | 28.30 | 554.48 |
| OASDI | | 121.03 | 2370.89 | RETIRE, FERS | K | 19.09 | 374.52 |
| VCS DEDUCT | JC | 18.62 | 1056.05 | TAX, FEDERAL | | 149.34 | 2928.97 |
| TAX, STATE | MN | 98.49 | 1953.48 | TSP LOANS | 627004G | 39.42 | 236.52 |
| TSP LOANS | 021002G | 19.91 | 398.20 | TSP LOANS | 522003G | | 235.20 |
| TSP SAVINGS | | 71.59 | 1146.99 | DENTAL | | 55.85 | 1059.76 |
| VISION | | 16.88 | 320.39 | ROTH DED | | | 463.70 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 43.00 | 6.00 | 108.00 | 0.75 | 101.25 | | 49.75 | |
| SICK | 24.50 | 4.00 | 72.00 | 8.50 | 71.75 | | 24.75 | |
| DONATED | | | 6.00 | | | | 6.00 | |
| HOLIDAY | | | | | 48.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.20 | 101.92 | FEHB | 586.50 | 11678.04 |
| MEDICARE | 28.30 | 554.48 | OASDI | 121.03 | 2370.89 |
| RETIRE, FERS | 439.10 | 8613.62 | TSP BASIC | 23.86 | 468.06 |
| TSP MATCHING | 71.59 | 1507.49 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
PRETAX FEHB EXCLUSION $   238.63
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

| DEPARTMENT OF DEFENSE | 1. Pay Period End 09/07/24 |
|---|---|
| **CIVILIAN LEAVE AND EARNINGS STATEMENT LES** <br> VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | 2. Pay Date 09/13/24 |

| 3. Name <br> SCHINDLER KRISTI A | 4. Pay Plan/Grade/Step <br> GS  07  06 | 5. Hourly/Daily Rate <br> 29.83 | 6. Basic OT Rate <br> 44.75 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay <br> 48961.00      13293.00      62254.00 |
|---|---|---|---|---|
| 8. Soc Sec No. | 9. Locality % <br> 27.15 | 10. FLSA Category <br> N | 11. SCD Leave <br> 12/02/12 | 12. Max Leave Carry Over    13. Leave Year End <br> 240                              01/11/25 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | | | 0 | 0 | | FERS:   4183.84 | |
| MN | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 2386.40 | 44426.40 | TSP DATA | | 3% |
| TAXABLE WAGES | 1880.38 | 35212.74 | | | |
| NONTAXABLE WAGES | 434.43 | 8138.26 | | | |
| TAX DEFERRED WAGES | 71.59 | 1075.40 | | | |
| DEDUCTIONS | 1282.17 | 26626.56 | | | |
| AEIC | | | | | |
| NET PAY | 1104.23 | 17799.84 | | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2386.40 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (2) | 250.00 | 6740.00 | FEGLI | Y5 | 10.40 | 193.44 |
| FEGLI OPTNL | BC | 21.55 | 401.65 | FEHB | 113 | 238.63 | 4492.51 |
| FSA-HC | | 123.07 | 2338.33 | MEDICARE | | 28.31 | 526.18 |
| OASDI | | 121.02 | 2249.86 | RETIRE, FERS | K | 19.09 | 355.43 |
| VCS DEDUCT | JC | 18.62 | 1037.43 | TAX, FEDERAL | | 149.34 | 2779.63 |
| TAX, STATE | MN | 98.49 | 1854.99 | TSP LOANS | 627004G | 39.42 | 197.10 |
| TSP LOANS | 021002G | 19.91 | 378.29 | TSP LOANS | 522003G | | 235.20 |
| TSP SAVINGS | | 71.59 | 1075.40 | DENTAL | | 55.85 | 1003.91 |
| VISION | | 16.88 | 303.51 | ROTH DED | | | 463.70 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 43.00 | 6.00 | 102.00 | 40.00 | 100.50 | | 44.50 | |
| SICK | 24.50 | 4.00 | 68.00 | | 63.25 | | 29.25 | |
| DONATED | | | 6.00 | | | | 6.00 | |
| HOLIDAY | | | | 8.00 | 48.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.20 | 96.72 | FEHB | 586.50 | 11091.54 |
| MEDICARE | 28.31 | 526.18 | OASDI | 121.02 | 2249.86 |
| RETIRE, FERS | 439.10 | 8174.52 | TSP BASIC | 23.86 | 444.20 |
| TSP MATCHING | 71.59 | 1435.90 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   238.63
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 08/24/24 |
|---|---|
| 2. Pay Date | 08/30/24 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| SCHINDLER KRISTI A | GS 07 06 | 29.83 | 44.75 | 48961.00   13293.00   62254.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
|  | 27.15 | N | 12/02/12 | 240 | 01/11/25 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 |  |  | 0 | 0 |  | FERS: 4164.75 |  |
| MN | S | 0 | 0 |  |  |  |  |  |  |  |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 2386.40 | 42040.00 | TSP DATA | | 3% |
| TAXABLE WAGES | 1880.38 | 33332.36 | | | |
| NONTAXABLE WAGES | 434.43 | 7703.83 | | | |
| TAX DEFERRED WAGES | 71.59 | 1003.81 | | | |
| DEDUCTIONS | 1300.78 | 25344.39 | | | |
| AEIC | | | | | |
| NET PAY | 1085.62 | 16695.61 | | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2386.40 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (2) | 250.00 | 6490.00 | FEGLI | Y5 | 10.40 | 183.04 |
| FEGLI OPTNL | BC | 21.55 | 380.10 | FEHB | 113 | 238.63 | 4253.88 |
| FSA-HC |  | 123.07 | 2215.26 | MEDICARE |  | 28.30 | 497.87 |
| OASDI |  | 121.02 | 2128.84 | RETIRE, FERS | K | 19.09 | 336.34 |
| VCS DEDUCT | JC | 37.24 | 1018.81 | TAX, FEDERAL |  | 149.34 | 2630.29 |
| TAX, STATE | MN | 98.49 | 1756.50 | TSP LOANS | 627004G | 39.42 | 157.68 |
| TSP LOANS | 021002G | 19.91 | 358.38 | TSP LOANS | 522003G |  | 235.20 |
| TSP SAVINGS |  | 71.59 | 1003.81 | DENTAL |  | 55.85 | 948.06 |
| VISION |  | 16.88 | 286.63 | ROTH DED |  |  | 463.70 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 43.00 | 6.00 | 96.00 | | 60.50 | | 78.50 | |
| SICK | 24.50 | 4.00 | 64.00 | | 63.25 | | 25.25 | |
| DONATED | | | 6.00 | | | | 6.00 | |
| HOLIDAY | | | | | 40.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.20 | 91.52 | FEHB | 586.50 | 10505.04 |
| MEDICARE | 28.30 | 497.87 | OASDI | 121.02 | 2128.84 |
| RETIRE, FERS | 439.10 | 7735.42 | TSP BASIC | 23.86 | 420.34 |
| TSP MATCHING | 71.59 | 1364.31 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
SAVINGS ALLOTMENT CHANGED, PLEASE VERIFY.
PRETAX FEHB EXCLUSION $   238.63
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

## DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 08/10/24 |
| --- | --- |
| 2. Pay Date | 08/16/24 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
| --- | --- | --- | --- | --- |
| SCHINDLER KRISTI A | GS  07  06 | 29.83 | 44.75 | 48961.00   13293.00   62254.00 |

| 8. Soc Sec No | 9. Locality % 27.15 | 10. FLSA Category N | 11. SCD Leave 12/02/12 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/11/25 |
| --- | --- | --- | --- | --- | --- |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
| --- | --- | --- |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | S | 0 | 0 | | | 0 | 0 | | FERS:   4145.66 | |
| MN | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
| --- | --- | --- | --- | --- |
| GROSS PAY | 2386.40 | 39653.60 | TSP DATA | 3% |
| TAXABLE WAGES | 1880.38 | 31451.98 | | |
| NONTAXABLE WAGES | 434.43 | 7269.40 | | |
| TAX DEFERRED WAGES | 71.59 | 932.22 | | |
| DEDUCTIONS | 1538.54 | 24043.61 | | |
| AEIC | | | | |
| NET PAY | 847.86 | 15609.99 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 2386.40 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ALLOTMENT,SV | (2) | 400.00 | 6240.00 | FEGLI | Y5 | 10.40 | 172.64 |
| FEGLI OPTNL | BC | 21.55 | 358.55 | FEHB | 113 | 238.63 | 4015.25 |
| FSA-HC | | 123.07 | 2092.19 | MEDICARE | | 28.30 | 469.57 |
| OASDI | | 121.02 | 2007.82 | RETIRE, FERS | K | 19.09 | 317.25 |
| VCS DEDUCT | JC | 125.00 | 981.57 | TAX, FEDERAL | | 149.34 | 2480.95 |
| TAX, STATE | MN | 98.49 | 1658.01 | TSP LOANS | 627004G | 39.42 | 118.26 |
| TSP LOANS | 021002G | 19.91 | 338.47 | TSP LOANS | 522003G | | 235.20 |
| TSP SAVINGS | | 71.59 | 932.22 | DENTAL | | 55.85 | 892.21 |
| VISION | | 16.88 | 269.75 | ROTH DED | | | 463.70 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 43.00 | 6.00 | 90.00 | | 60.50 | | 72.50 | |
| SICK | 24.50 | 4.00 | 60.00 | 10.75 | 63.25 | | 21.25 | |
| DONATED | | | 6.00 | | | | 6.00 | |
| HOLIDAY | | | | | 40.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 5.20 | 86.32 | FEHB | 586.50 | 9918.54 |
| MEDICARE | 28.30 | 469.57 | OASDI | 121.02 | 2007.82 |
| RETIRE, FERS | 439.10 | 7296.32 | TSP BASIC | 23.86 | 396.48 |
| TSP MATCHING | 71.59 | 1292.72 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   238.63
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

Momentum Center, LLC
1425 E St. Germain
St. Cloud, MN 56304

Kristi A Schindler
1875 Pine Cone Rd
Apt 117
St Cloud, MN 56303

Direct Deposit

| Employee Pay Stub | | Check number: | | | Pay Period: 09/01/2024 - 09/14/2024 | | Pay Date: 09/20/2024 |
|---|---|---|---|---|---|---|---|

**Employee**: Kristi A Schindler, 1875 Pine Cone Rd, Apt 117, St Cloud, MN 56303

**SSN**:

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Day Hourly | 33.50 | 16.50 | 552.75 | 6,252.71 |
| Overnight Hourly | 1.75 | 16.50 | 28.88 | 771.42 |
| Day Holiday (1.5x) | | | | 457.87 |
| PTO Pay | | | | 264.00 |
| | 35.25 | | 581.63 | 7,746.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | -5.00 |
| Social Security Employee | -36.06 | -480.25 |
| Medicare Employee | -8.44 | -112.32 |
| MN - Withholding | -1.00 | -45.00 |
| | -45.50 | -642.57 |

| Net Pay | 536.13 | 7,103.43 |
|---|---|---|

| Direct Deposit | Amount |
|---|---|
| | 536.13 |

| PTO | Accrued | Used | Available |
|---|---|---|---|
| Current | 1.17 | | -1.19 |
| YTD | | 16.00 | |

**Memo**: Direct Deposit

Momentum Center, LLC
1425 E St. Germain
St. Cloud, MN 56304

Kristi A Schindler
1875 Pine Cone Rd
Apt 117
St Cloud, MN 56303

Direct Deposit

---

| Employee Pay Stub | | Check number: | | | | Pay Period: 08/18/2024 - 08/31/2024 | | | Pay Date: 09/06/2024 |
|---|---|---|---|---|---|---|---|---|---|

**Employee**

SSN

Kristi A Schindler, 1875 Pine Cone Rd, Apt 117, St Cloud, MN 56303

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|
| Day Hourly | 27.75 | 16.50 | 457.88 | 5,699.96 | | | | 794.23 |
| Overnight Hourly | 9.75 | 16.50 | 160.88 | 742.54 | PTO | Accrued | Used | Available |
| PTO Pay | 16.00 | 16.50 | 264.00 | 264.00 | Current | 1.25 | | -2.37 |
| Day Holiday (1.5x) | | | | 457.87 | YTD | | 16.00 | |
| | 53.50 | | 882.76 | 7,164.37 | | | | |
| **Taxes** | | | Current | YTD Amount | **Memo** | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | | | |
| Federal Withholding | | | -4.00 | -5.00 | | | | |
| Social Security Employee | | | -54.73 | -444.19 | | | | |
| Medicare Employee | | | -12.80 | -103.88 | | | | |
| MN - Withholding | | | -17.00 | -44.00 | | | | |
| | | | -88.53 | -597.07 | | | | |
| **Net Pay** | | | 794.23 | 6,567.30 | | | | |

Momentum Center, LLC, 1425 E St. Germain, St. Cloud, MN 56304 320-281-3727

Momentum Center, LLC
1425 E St. Germain
St. Cloud, MN 56304

Kristi A Schindler
1875 Pine Cone Rd
Apt 117
St Cloud, MN 56303

Direct Deposit

| Employee Pay Stub | Check number: | | | Pay Period: 08/04/2024 - 08/17/2024 | | Pay Date: 08/23/2024 |
|---|---|---|---|---|---|---|
| **Employee** | | | | **SSN** | | |
| Kristi A Schindler, 1875 Pine Cone Rd, Apt 117, St Cloud, MN 56303 | | | | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Day Hourly | 31.00 | 16.50 | 511.50 | 5,242.08 |
| Overnight Hourly | 3.00 | 16.50 | 49.50 | 581.66 |
| Day Holiday (1.5x) | | | | 457.87 |
| | 34.00 | | 561.00 | 6,281.61 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | -1.00 |
| Social Security Employee | -34.78 | -389.46 |
| Medicare Employee | -8.13 | -91.08 |
| MN - Withholding | 0.00 | -27.00 |
| | -42.91 | -508.54 |

| Net Pay | 518.09 | 5,773.07 |
|---|---|---|

| Direct Deposit | | | Amount |
|---|---|---|---|
| | | | 518.09 |

| PTO | Accrued | Used | Available |
|---|---|---|---|
| Current YTD | 1.13 | | 12.38 |

**Memo**
Direct Deposit

Momentum Center, LLC, 1425 E St. Germain, St. Cloud, MN 56304 320-281-3727

Momentum Center, LLC
1425 E St. Germain
St. Cloud, MN 56304

Kristi A Schindler
1875 Pine Cone Rd
Apt 117
St Cloud, MN 56303

Direct Deposit

| Employee Pay Stub | Check number: | | | Pay Period: 07/21/2024 - 08/03/2024 | | Pay Date: 08/09/2024 |
|---|---|---|---|---|---|---|

**Employee**
Kristi A Schindler, 1875 Pine Cone Rd, Apt 117, St Cloud, MN 56303

**SSN**

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Day Hourly | 30.25 | 16.50 | 499.13 | 4,730.58 |
| Overnight Hourly | 2.25 | 16.50 | 37.13 | 532.16 |
| Day Holiday (1.5x) | | | | 457.87 |
| | 32.50 | | 536.26 | 5,720.61 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | -1.00 |
| Social Security Employee | -33.25 | -354.68 |
| Medicare Employee | -7.78 | -82.95 |
| MN - Withholding | 0.00 | -27.00 |
| | -41.03 | -465.63 |

**Net Pay**  495.23  5,254.98

| Direct Deposit | Amount |
|---|---|
| | 495.23 |

| PTO | Accrued | Used | Available |
|---|---|---|---|
| Current YTD | 1.08 | | 11.25 |

**Memo**
Direct Deposit

Momentum Center, LLC, 1425 E St. Germain, St. Cloud, MN 56304 320-281-3727